

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00210-CR

Shanelle **COOKS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CR-6210A
Honorable Maria Teresa Herr, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED AS MODIFIED, and counsel's motion to withdraw is GRANTED.

SIGNED January 28, 2015.

_____
Rebeca C. Martinez, Justice